FILED

10/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0406

CITY OF WHITEFISH,

Plaintiff and Appellee,

v.

THOMAS CURRAN,

Defendant and Appellant.

**GRANT OF EXTENSION**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 22, 2022, within which to prepare, serve, and file its response brief.

**BB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 18 2022